IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:07cr666-01 |
| Plaintiff(s), | |
| -vs- | JUDGMENT |
| Deonco Howard, | Judge Jack Zouhary |
| Defendant. | |

This is a criminal case which was referred to the United States Magistrate Judge Vernelis Armstrong for purposes of conducting proceedings following the filing of a Violation Report by the U.S. Probation Office on December 21, 2007. The Magistrate issued her Report & Recommendation on January 30, 2008; no objection has been filed.

On de novo review of the record and the Report & Recommendation, the Court accepts and adopts the Magistrate's findings, and concludes that Defendant, upon his own admission, has violated the terms and conditions of Supervised Release. The Court further adopts the Recommendation that Supervised Release shall not be revoked and that the term of Defendant's Supervised Release shall be extended for five months to June 6, 2008.

Defendant has a right to appeal. A notice of appeal must be filed within 10 days of this Judgment being entered. If Defendant is unable to pay the cost of an appeal, he may apply for leave to appeal in forma pauperis, and if so requested, the Clerk of Court will prepare and file a Notice of Appeal on behalf of Defendant.

IT IS SO ORDERED.

    s/ Jack Zouhary    2/14/08
U.S. DISTRICT JUDGE